# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Everton Bartley,

    Plaintiff(s),

JUDGMENT IN A CIVIL CASE

vs.

3:04-cv-511-2

United States of America,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 9, 2007 Order.

**Signed: October 9, 2007**

Frank G. Johns, Clerk
United States District Court